

**PRISONER CASE**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**Plaintiff(s):** WALTER L. HILL

**Defendant(s):** RICHARD A. DEVINE, etc., et al.

**County of Residence:** PERRY

**County of Residence:**

**Plaintiff's Address:**
Walter L. Hill
B-58710
Pinckneyville - PCC
P.O. Box 999
Pinckneyville, IL 62274

**Defendant's Attorney:**

FILED
MAR 31 2008
Mar 31, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV1834
JUDGE GOTTSCHALL
MAG. JUDGE COLE

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 28:1331b

**Jury Demand:** ☐ Yes ☑ No

**Signature:** A. E. Woodham **Date:** 03/31/2008