

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Case No. 08 C 1834
Date 4-11-08
Case Title: Walter Hill (#B58710) vs. State of Illinois, et al.

Assigned Judge: Joan B. Gottschall
Magistrate Judge: Judge Cole

**FILED**
APR 17 2008
APR 1 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

My apologies to this Honorable Court but yes, I accidentally filed the wrong petition (28 USC 1331) and I do wish to withdraw that petition with this courts permission and file the correct petition (28 USC 2254 Habeas Corpus). Please be advised that the correct petition is on the way. Again, my apologies to this honorable court for the small time wasted.

Respectfully,

Walter Hill B58710
Pro Se plaintiff
Box 999
Pinckneyville, Illinois
62274-3410