## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOAN B. GOTTSCHALL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1834 | **DATE** | April 24, 2008 |
| **CASE TITLE** | Walter J. Hill (#B-58710) vs. State of Illinois, et al. | | |

**DOCKET ENTRY TEXT:**

In response to the court's Minute Order of April 7, 2008, the plaintiff confirms that he mistakenly filed a civil rights complaint form rather than a habeas corpus petition as intended. The plaintiff accordingly seeks to withdraw the instant complaint. The plaintiff's motion for voluntary dismissal [#5] is granted. The case is terminated pursuant to Fed. R. Civ. P. 41(a). Dismissal is without prejudice to filing a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petitioner is advised for future reference that he must provide the court with the original plus a judge's copy of every document filed.

■ [Docketing to mail notices.]

mjm